AO 10®
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stormes, Nita L. | 2. Court or Organization<br><br>Southern District of Cal. | 3. Date of Report<br><br>01/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Mag. Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 West Broadway<br>San Diego, CA 92101-8910 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Personal Trust (Assets are listed in Part VII in rows 32-94.) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Jones Day (Spouse's Law Firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. California Bank & Trust - 2 IRA Cash equivalent | A | Interest | | | Sold | 01/01/18 | K | A | |
| 2. Vanguard CA Money Market Fund - 3 | A | Interest | | | Sold | 01/01/18 | K | A | |
| 3. Vanguard 500 Index Fund - 3 | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 4. Fidelity Magellan Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 5. Janus Mercury Fund (now Janus Research Fund) - 3 | A | Dividend | K | T | | | | | |
| 6. Janus Worldwide Fund (now Global Research Fund)- 3 | A | Dividend | J | T | | | | | |
| 7. Fidelity Puritan Fund - 3 | A | Dividend | K | T | | | | | |
| 8. Franklin Mutual Quest Fund - Z - 1 | A | Dividend | K | T | | | | | |
| 9. Oakmark Fund - 3 | A | Dividend | K | T | | | | | |
| 10. Scudder International Fund (now Deutsche CROCI International Fund) - 3 | A | Dividend | J | T | | | | | |
| 11. Vanguard Index Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 12. Fidelity CA Muni Money Market (Fidelity Ultra) - 1 | A | Interest | J | T | | | | | |
| 13. Federated Kaufman Fund R - 3 | A | Dividend | K | T | | | | | |
| 14. California Bank & Trust - 1 Checking | A | Interest | N | T | | | | | |
| 15. Vanguard CA Money Market Fund - 1 | A | Interest | N | T | | | | | |
| 16. E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 17. San Diego County Credit Union Checking - 1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 19. Apple - 1 | A | Dividend | K | T | | | | | |
| 20. New Energy Technologies Inc (now SolarWindow Technologies) - 1 | A | Dividend | J | T | | | | | |
| 21. Tesla Motors Inc - 1 | A | Dividend | K | T | | | | | |
| 22. GNMA Fund Admiral Shares - 3 IRA | A | Int./Div. | N | T | | | | | |
| 23. Primecap Fund Investor - 3 IRA | A | Int./Div. | | | Sold | 02/06/18 | L | A | |
| 24. Total Stock Mkt Index Inv - 3 IRA | A | Int./Div. | | | Sold | 02/06/18 | N | A | |
| 25. Wellington Fund Admiral - 3 IRA | A | Int./Div. | O | T | | | | | |
| 26. 500 Index Fund Adm - 3 IRA | A | Int./Div. | O | T | Sold (part) | 02/06/18 | P1 | A | |
| 27. Vanguard Federal Money Market Fund - 3 IRA | A | Interest | P1 | T | Buy | 02/06/18 | P1 | | |
| 28. Jones Day 2020 Fund - 3 401 | A | Int./Div. | N | T | | | | | |
| 29. UBS Bank - 2T | A | Interest | K | T | | | | | |
| 30. Angel Oak Multi Strategy Inc. Fund Class C - 2T | A | Dividend | L | T | | | | | |
| 31. Oppenheimer Senior Floating Rate Fund Class C - 2T | A | Dividend | L | T | | | | | |
| 32. Accenture PLC - 2T | A | Dividend | J | T | | | | | |
| 33. Apple Inc. - 2T | A | Dividend | L | T | | | | | |
| 34. Blackrock Inc. - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. British Amer. Tobacco - 2T | A | Dividend | | | Sold | 11/15/18 | J | | |
| 36. Chevron Corp. - 2T | A | Dividend | J | T | | | | | |
| 37. Chubb Ltd - 2T | A | Dividend | J | T | | | | | |
| 38. Coca Cola Co Com - 2T | A | Dividend | J | T | | | | | |
| 39. Comcast Corp New - 2T | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 40. Colgate Palmolive - 2T | A | Dividend | | | Sold | 11/15/18 | J | A | |
| 41. Crane Co - 2T | A | Dividend | J | T | | | | | |
| 42. Diageo PLC - 2T | A | Dividend | J | T | | | | | |
| 43. Home Depot Inc - 2T | A | Dividend | J | T | | | | | |
| 44. Intel - 2T | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson Com - 2T | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 46. JPMorgan Chase & Co - 2T | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 47. Invesco LTD - 2T | A | Dividend | J | T | | | | | |
| 48. Johnson Controls - 2T | A | Dividend | | | Sold | 11/15/18 | J | A | |
| 49. Linde PLC - 2T | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 50. Lockheed Martin Corp - 2T | A | Dividend | J | T | | | | | |
| 51. Marsh & McLennan Cos Inc - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonalds Corp - 2T | A | Dividend | J | T | | | | | |
| 53. Medtronic - 2T | A | Dividend | J | T | | | | | |
| 54. Microsoft Corp. - 2T | A | Dividend | K | T | | | | | |
| 55. Nextera Energy - 2T | A | Dividend | J | T | | | | | |
| 56. Novartis - 2T | A | Dividend | J | T | | | | | |
| 57. Pepsico Inc - 2T | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 58. Praxair Inc - 2T | A | Dividend | | | Sold | 01/01/18 | J | A | |
| 59. Qualcomm - 2T | A | Dividend | K | T | | | | | |
| 60. Republic Services Inc. - 2T | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 61. Rockwell Automatic Inc - 2T | A | Dividend | J | T | | | | | |
| 62. Suncor Energy Inc. - 2T | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 63. Suntrust Banks Inc. - 2T | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 64. Texas Instruments 2T | A | Dividend | J | T | | | | | |
| 65. Union Pacific Corp. - 2T | A | Dividend | J | T | | | | | |
| 66. UNTD Technologies Corp - 2T | A | Dividend | J | T | | | | | |
| 67. VF Corp - 2T | A | Dividend | J | T | | | | | |
| 68. Invesco S&P 500 Equal Weight - 2T | A | Dividend | K | T | Buy | 12/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares Core S&P Small-Cap - 2T | A | Dividend | K | T | Buy | 01/31/18 | K | | |
| 70. Ishares Core MSCI - 2T | A | Dividend | K | T | Buy | 06/01/18 | K | | |
| 71. SPDR S&P 500 ETF - 2T | A | Dividend | K | T | | | | | |
| 72. Vanguard S&P 500 ETF - 2T | A | Dividend | L | T | Buy | 08/17/18 | L | | |
| 73. Janus Henderson Small Cap - 2T | A | Dividend | K | T | Buy | 01/31/18 | K | | |
| 74. Natixis Oakmark International Fund - 2T | A | Dividend | K | T | | | | | |
| 75. Principal Sm-MD CP Div - 2T | A | Dividend | L | T | | | | | |
| 76. T.Rowe Price Global Tech Fund - 2T | A | Dividend | | | Sold | 12/13/18 | K | A | |
| 77. US Treasury Bill - 2T | A | Interest | | | Sold | 12/13/18 | L | A | |
| 78. California St Pub Wks - 2T | A | Interest | K | T | Buy | 09/26/18 | K | | |
| 79. California General Obligation Bond - 2T | A | Interest | K | T | Buy | 09/26/18 | K | | |
| 80. California St Pub Wks - 2T | A | Interest | K | T | Buy | 09/26/18 | K | | |
| 81. California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 82. California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 83. Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 84. Cajon Valley CA Un Sc - 2T | A | Interest | K | T | | | | | |
| 85. California St Pub Wks - 2T | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. California General Obligation Bond - 2T | A | Interest | K | T | | | | | |
| 87. Turlock CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 88. California ST Pub Wks - 2T | A | Interest | K | T | | | | | |
| 89. California General Obligation Bond - 2T | A | Interest | K | T | | | | | |
| 90. Rio CA Elem Sch - 2T | A | Interest | K | T | | | | | |
| 91. Standard CA SCH - 2T | A | Interest | K | T | | | | | |
| 92. Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 93. Imperial CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 94. Pioneer Strategic Income Fund - 2T | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 01/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  Positions - All assets in the Personal Trust are listed in Part VII in rows 32-94.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544